JOHN T. BARNARD, as Administrator, etc., Respondent, *v.* JOHN F. GANTZ et al., Appellants.

(Argued October 2, 1893 ; decided October 17, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 13, 1893, which affirmed an order of Special Term which amended a case by inserting: "The foregoing contains all the evidence upon the trial."

*L. E. Warren* for appellants.

*George G. Barnard* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.